IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00385-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JEREEK HOWARD, and
2. JASON STEELE,

    Defendants.

## ORDER

The Court, having considered the government's Motion To Disclose Grand Jury Transcript in the above-captioned matter hereby grants said motion and the government is permitted to disclose, to counsel for the defendants, a copy of the grand jury transcript in this matter.

IT IS SO ORDERED this 13th day of May, 2014.

                      BY THE COURT:

                      *s/John L. Kane*
                      SENIOR JUDGE JOHN L. KANE
                      UNITED STATES DISTRICT COURT
                      DISTRICT OF COLORADO